**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE LUIS VALENCIA-MENDOZA,<br><br>                                Petitioner,<br><br>     vs.<br><br>UNITED STATES of AMERICA,<br><br>                                Respondent. | Civil No.   06-2284 DMS (BLM)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

        Petitioner, a prisoner in federal custody, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, but has not paid the $5.00 filing fee and has not moved to proceed in forma pauperis.

        A Petition for Writ of Habeas Corpus must either be accompanied by a $5.00 filing fee or an application to proceed in forma pauperis. See Local Rule 3(a), 28 U.S.C. foll. § 2254. If Petitioner wishes to proceed with this action he must submit a copy of this Order with the requisite $5.00 fee or adequate proof he cannot pay the fee no later than **December 18, 2006. For Petitioner's convenience the Clerk of Court shall attach to this Order, a blank request to proceed in forma pauperis**.

**IT IS SO ORDERED.**

DATED: October 24, 2006

                                                                                      _____

cc:parties                                                    HON. DANA M. SABRAW<br>                                                                 United States District Judge